UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RUDY CORTEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>MATHEW L. CATE, et al.,<br><br>       Defendants.<br>_____/ | No. 5:09 -CV-3021 EJD (NJV)<br><br>ORDER GRANTING REQUEST<br>FOR TELEPHONIC APPEARANCE<br>OF CDCR REPRESENTATIVE |

The court has received a letter from Defense Counsel, requesting that the CDCR representative be allowed to appear telephonically at the settlement conference scheduled in this case for March 22, 2013, at Pelican Bay State Prison. Good cause appearing, the request is HEREBY GRANTED.

The court asks that Counsel make future requests of this type by filing the request in the case, rather than by mailing a letter to the court.

IT IS SO ORDERED.

Dated: March 7, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RUDY CORTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MATHEW L. CATE, et al.,<br><br>    Defendants.<br>_____/ | No. 5:09 -CV-3021 EJD  (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on March 7, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Rudy Cortez
J-76501
Pelican Bay State Prison
P. O. Box 7500
Crescent City, Ca 95532

Litigation Coordinator Bill Barnts
Pelican Bay State Prison
PO Box 7000
Crescent City, CA  95531-7000

Dated: March 7, 2013

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas