UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RUDY CORTEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MATHEW L. CATE, et al.,<br><br>    Defendants.<br>_____/ | No. 5:09 -CV-3021 EJD (NJV)<br><br>ORDER RE TELEPHONIC STATUS CONFERENCE |

This case is currently set for a status conference on August 6, 2013, at 1:00 pm. The parties shall both attend that status conference by dialing in to the conference line provided by the court. The court will provide the telephone number to Plaintiff's institution.

IT IS SO ORDERED.

Dated: July 29, 2013

                                          NANDOR J. VADAS
                                          United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RUDY CORTEZ, | No. 5:09 -CV-3021 EJD (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MATHEW L. CATE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 29, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Rudy Cortez
J-76501
Pelican Bay State Prison
P. O. Box 7500
Crescent City, Ca 95532

Litigation Coordinator Bill Barnts
Pelican Bay State Prison
PO Box 7000
Crescent City, CA 95531-7000

Dated: July 29, 2013

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2