UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RUDY CORTEZ, | No. 5:09 -CV-3021 EJD (NJV) |
| Plaintiff, | ORDER RE RESOLUTION OF CASE |
| v. | |
| MATHEW L. CATE, et al., | |
| Defendants. | |

This case was set for a status conference before the undersigned on September 3, 2013. (Docket no. 105.) Neither party appeared. It therefore appears that the issues regarding the implementation of the settlement in this case have been resolved. If this is true, the parties SHALL, within thirty (30) days of the date of this order, file a stipulation of dismissal of this action pursuant to F.R.C.P. 41 (a)(ii). If the issues regarding implementation of the settlement remain unresolved, Defense Counsel shall file a status report within ten (10) days of the date of this order.

IT IS SO ORDERED.

Dated: September 10, 2013

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RUDY CORTEZ, | No. 5:09 -CV-3021 EJD (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MATHEW L. CATE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 10, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Rudy Cortez
J-76501
Pelican Bay State Prison
P. O. Box 7500
Crescent City, Ca 95532

Dated: September 10, 2013

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2