J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW W. ROMAN (SBN 267717)
mroman@andradalaw.com
ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
MATTHEW L. CATE; EVERETT W. FISHER; DOUGLAS MCCLURE; R. S. MARQUEZ; RICHARD J. KIRKLAND; ROBERT A. HOREL; M. CASTELLAW; L. POLK; M.A. COOK; M.J. NIMROD; S. WHEELER; K.L. MCGUYER; K. BRANDON; TROY WOOD; J.A. MCKINNEY; DAVID J. BARNEBURG; S. O'DELL (sued erroneously as S.O. Dell); DEL HIGGERSON; J. R. MCBRIDE; GINA BRAME DERRICO (sued erroneously as Genna Brame Derrico); T. K. ROSENKRUNS

**Filed**
OCT 1 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL RUDY CORTEZ<br><br>Plaintiff,<br><br>v.<br><br>MATHEW L. CATE, et al.,<br><br>Defendants. | Case No.: 5:09-cv-03021-EJD<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Hon. Edward J. Davila |

Defendants MATTHEW L. CATE; EVERETT W. FISHER; DOUGLAS MCCLURE; R. S. MARQUEZ; RICHARD J. KIRKLAND; ROBERT A. HOREL; M. CASTELLAW; L. POLK; M.A. COOK; M.J. NIMROD; S. WHEELER; K.L. MCGUYER; K. BRANDON; TROY WOOD; J.A. MCKINNEY; DAVID J. BARNEBURG; S. O'DELL; DEL HIGGERSON; J. R. MCBRIDE; GINA BRAME DERRICO; and T. K. ROSENKRUNS, by and through their counsel, MATTHEW ROMAN of Andrada & Associates, and Plaintiff, GABRIEL RUDY CORTEZ, in pro se, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS FURTHER STIPULATED that each party shall bear its own costs.

Date: September 12, 2013  GABRIEL RUDY CORTEZ

*PER release agreement dismissal is not to be filed with the court until settlement payment is delivered.*

By _____
GABRIEL RUDY CORTEZ

Dated: September 12, 2013  ANDRADA & ASSOCIATES

By _____
MATTHEW ROMAN
Attorneys for Defendants

Plaintiff GABRIEL RUDY CORTEZ's claims against Defendants MATTHEW L. CATE; EVERETT W. FISHER; DOUGLAS MCCLURE; R. S. MARQUEZ; RICHARD J. KIRKLAND; ROBERT A. HOREL; M. CASTELLAW; L. POLK; M.A. COOK; M.J. NIMROD; S. WHEELER; K.L. MCGUYER; K. BRANDON; TROY WOOD; J.A. MCKINNEY; DAVID J. BARNEBURG; S. O'DELL; DEL HIGGERSON; J. R. MCBRIDE; GINA BRAME DERRICO; and T. K. ROSENKRUNS are HEREBY DISMISSED WITH PREJUDICE pursuant to the stipulation between the parties.

IT IS SO ORDERED.

DATED: 10/11/13

_____
HONORABLE EDWARD J. DAVILA

2

{00092998.DOC/}DOC 0903
Stipulation of Dismissal and [Proposed] Order

Cortez v. Cate, et al.
5:09-cv-03021-EJD

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL R. CORTEZ,

        Plaintiff,

  v.

MATTHEW L. CATE et al,

        Defendant.

Case Number: CV09-03021 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Rudy Cortez J-76501
Pelican Bay State Prison
P. O. Box 7500
Crescent City, Ca 95532

Dated: October 11, 2013

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk